COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Juan Jimenez v. The State of Texas

Appellate case number:      01-15-00783-CR

Trial court case number:    1408197

Trial court:                183rd District Court of Harris County

On December 15, 2016, this Court affirmed the judgment of conviction of the appellant, Juan Jimenez. Our plenary power has not yet expired.

On February 3, 2017, appellant, Juan Jimenez, filed a pro se letter-motion in this Court requesting that he be provided with a copy of his trial transcripts as soon as possible. While Jimenez was indigent at trial and on appeal, he does not allege, and the record does not indicate, that he requested a copy of the clerk's and reporter's records from his appointed appellate counsel, Juan Manuel Contreras, Jr., the trial court, or the district clerk, or inquired about its cost, before seeking relief from this Court.

The Court of Criminal Appeals has held that indigent defendants are not entitled to a free copy of the trial record to prepare petitions for discretionary review or habeas relief. *In re Bonilla*, 424 S.W.3d 528, 532 (Tex. Crim. App. 2014) (noting indigent defendants have right to appointed counsel and free trial record on direct appeal, but not for discretionary review of decisions of court of appeals or for collateral attacks on their convictions). As Jimenez is not legally entitled to a free trial record under these circumstances, we lack the authority to require the district clerk to furnish him with a free copy. *Cf. In re Thomas*, No. 14-16-00642-CR, 2016 WL 4484923, at *1 (Tex. App.—Houston [14th Dist.] Aug. 25, 2016, orig. proceeding) (per curiam) (mem. op., not designated for publication) (denying mandamus petition seeking to compel trial judge to order district clerk to give indigent defendant free record after direct appeal). Thus, the appellant's letter-motion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
⊠ Acting individually
Date: February 23, 2017